# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3472

United States of America

Appellee

v.

Joshua Sweat

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:19-cr-00209-LPR-1)

---

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until February 21, 2023 to file the brief.

February 01, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
  /s/ Michael E. Gans